# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Owners Insurance Company

                              Plaintiff,

v.                                                         Case No.: 1:18−cv−05838

                                                              Honorable John Robert Blakey

Dude Products, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 4, 2018:

       MINUTE entry before the Honorable John Robert Blakey: This case is hereby dismissed for want of prosecution based upon the parties' failure to file the status report required by the Court's prior order [4]. For questions concerning the dismissal of this case or the Mandatory Initial Discovery Pilot Project, the parties should immediately call Judge Blakey's chambers at (312) 435−6058. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.